Matter of Hughes v Copes (2024 NY Slip Op 00513)

Matter of Hughes v Copes

2024 NY Slip Op 00513

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND GREENWOOD, JJ.

101 CAF 22-01963

[*1]IN THE MATTER OF ROBERT HUGHES, PETITIONER-RESPONDENT,
v
CHRISTIE COPES, RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR RESPONDENT-APPELLANT.
FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (THOMAS M. LEITH OF COUNSEL), FOR PETITIONER-RESPONDENT. 
MICHAEL J. KERWIN, SYRACUSE, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Onondaga County (Salvatore A. Pavone, R.), entered August 17, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded sole legal and primary physical custody of the subject children to petitioner. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court